DANIEL J. M. WALKER, Appellant, v. OSEE WELCH et al., Appellees.

### APPEAL FROM JO DAVIESS.

A motion to discharge defendant on common bail is addressed to the discretion of the court, and its decision cannot be assigned for error.

THIS was an action of assumpsit, brought by the appellees against the appellant on book account, and tried before a jury at the May Term 1852, of the Jo Daviess Circuit Court, SHELDON, Judge, when a verdict was found against the defendant below, and judgment rendered thereon. The defendant below appealed. The suit was commenced by capias.

GLOVER and COOK, and J. P. STEVENS, for appellant.

HIGGINS and STROTHER, for appellees.

TREAT, C. J. There is not the semblance of error in this record. The motion to discharge the defendant on common bail, was addressed to the discretion of the court, and its decision cannot be assigned for error. Bruner v. Ingraham, 1 Scammon, 556; Bancroft v. Eastman, 2 Gilman, 259; Morrison v. Silverburgh, 13 Illinois, 551. It was too late to withdraw the set-off, after the jury had passed upon the evidence.

The judgment is affirmed.

*Judgment affirmed.*